George Roy Brown, Sr..
I.D.# 1098499
Clements Unit
9601 Spur 591
Amarillo, Texas 79107

December 26, 2014

To: Court of Criminal Appeals State of Texas
P.O. Box 12308-Capitol Station
Austin, Texas 78711-2308

In Re: 128th Judicial District Court, Orange County, Texas
Cause No: A010583FR,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

Dear Clerk,

I George Roy Brown, sr. have received a Letter from The 128th Judicial District Court, Orange County, Texas Concerning my Writ of Habeas Corpus That was forwarded To Your Court on "December 18, 2014," However, my Complaint is: I did Not receive a facts finding and Conclusion of Law: The Trial Court have once again denied Me, Appellant Brown DUE PROCESS, To a fair hearing. As Provided for In The 14th Amendment of The U.S. Constitution: I respectfully Requests That You Please forwarded Me, Appellant Brown a Copy of The 128th Judicial District Court Orange County, Texas fact finding And Conclusion?

With Kind regard..... I remain!

Sincerely,

Mr. George Roy Brown, Sr.

—Copy—

GEORGE ROY BROWN. SR # 1098499      DECEMBER 18 2014
WILLIAM P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107


APPELLANT: GEORGE ROY BROWN. SR.
CAUSE NO: A010583FR


Dear Sir:

We are, this date, DECEMBER 18. 2014 forwarding Your Writ of Habeas Corpus To The Court of Criminal Appeals in Austin, Texas.


Should You have any further Question. Please feel free To Contact The Court of Criminal Appeals at The following address:

Court of Criminal Appeals
State of Texas
Box 12308
Capitol Station
Austin. Texas 78711-2308


Thank You,
District Clerk
Osage County, Texas